JAMES I MOORE and others *v.* RICHARD D. JONES and others.

*Restraining order -- Bond.*

Upon the granting of an order restraining certain persons from exercising the duties of certain county offices to which they had been declared elected by the Board of County Commissioners; *Held*, not to be error to require from the plaintiffs a bond for costs, damages, &c.

APPEAL from an Order made at Chambers in Franklinton on the 14th day of December, 1876, by *Watts, J.*

Upon granting the restraining order as stated in the preceding case His Honor also required the plaintiffs to execute

a bond for costs, damages, &c. to the defendants, from which the plaintiffs appealed.

*Messrs. Merrimon, Fuller & Ashe* and *T. B. Venable,* for plaintiffs.
*Messrs. L. C. Edwards* and *J. B. Batchelor,* for defendants.

PEARSON, C. J. Inasmuch as the plaintiffs were advised to include Crews and the other persons, who held the certificate of election made by the "Board of Commissioners" in the summons, and to ask for a restraining order and injunction, they have no ground to complain of the order requiring them to give bond, which His Honor, after he found that the proceeding would be protracted for some time, thought it to be his duty to make.

No error.

PER CURIAM. Judgment affirmed.